U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED  LAFAYETTE

AUG 2 0 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**CHARLES GRACE**                      **CIVIL ACTION NO. 6:14-cv-0080**
**LA. DOC #349508**

**VS.**                                           **SECTION P**

                                                     **JUDGE HAIK**

**WARDEN LOUISIANA STATE**        **MAGISTRATE JUDGE HILL**
**PENITENTIARY**

**J U D G M E N T**

This matter was referred to United States Magistrate Judge C. Michael Hill for

Report and Recommendation.  No objections have been filed.  The Court concludes that

the Report and Recommendation of the magistrate judge is correct and therefore adopts

the conclusions set forth therein.  Accordingly;

**IT IS ORDERED** that petitioner's sole remaining sufficiency of the evidence

claim is **DENIED AND  DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette,  Louisiana, on this 19

day of ___August___, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE